UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ITZA YOJANI MARTINEZ OLIVA,

     Petitioner,

v.                             Case No. 8:26-cv-1336-JLB-LSG

TODD BLANCHE, *et al.*,

     Respondents.
_____/

## **ORDER**

Ms. Oliva has filed a Notice of Voluntary Dismissal (Doc. 7) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). A notice of dismissal under Rule 41(a)(1)(A)(i) is self-executing. *See First Time Videos, LLC v. Oppold*, 559 F. App'x 931, 932 (11th Cir. 2014) (per curiam).

Accordingly, because Respondents have filed no response, it is

**ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.   The Clerk of Court is **DIRECTED** to terminate any pending

deadlines and close the file.

**DONE and ORDERED in Tampa, Florida, on May 19, 2026**.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE

2